No. 73–370. NATIONAL LABOR RELATIONS BOARD *v.* FOOD STORE EMPLOYEES UNION, LOCAL 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO. C. A. D. C. Cir. [Certiorari granted, 414 U. S. 1062.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* in support of Heck's, Inc., denied. Motion of Heck's, Inc., for additional time for oral argument, or in the alternative for divided argument, denied.

No. 73–507. HAMLING ET AL. *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 414 U. S. 1143.] Renewed motion of petitioners for additional time for oral argument denied. Alternative request for divided argument granted.

No. 73–556. FLORIDA POWER & LIGHT CO. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 641, ET AL.; and
No. 73–795. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 414 U. S. 1156.] Motion of the Solicitor General for additional time for oral argument granted and petitioners allotted 15 additional minutes for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 73–640. GEDULDIG, DIRECTOR, DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT *v.* AIELLO ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 414 U. S. 1110.] Motion of Physicians Forum for leave to file a brief as *amicus curiae* granted.